**FILED**

JUN 2 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT E. PARKER, *et al.*,    )
    )
        Plaintiffs,    )
    )
v.    )    Civil Action No.  **11 1199**
    )
SECRETARY OF THE U.S.    )
TREASURY, *et al.*,    )
    )
        Defendants.    )

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiffs' applications to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the applications, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to plaintiffs, officials of the Internal Revenue Service, among others, have failed to pursue taxes owed by politicians, corporate executives and judges, and have refused to act upon the evidence of bribery plaintiffs have uncovered. Plaintiff Robert Parker also accuses the American Red Cross and its leadership of corruption and federal tax evasion. Plaintiffs demand a jury trial and an award of $999 million, yet they fail to include in their complaint a short and plain statement showing their entitlement to relief. The complaint fails to comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 6/24/11